17-12560 BLS

December 16, 2019

FILED

2020 JAN -2 AM 8:22

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Pachulski Stang Ziehl & Jones LLP

919 North Market Street, 17th Floor

Wilmington, DE 19899-8705

Dear Sir(s),

This letter is in response to your correspondence dated December 2, 2019 regarding WOODBRIDGE.

I have attached financial statements and information that reflect my severe financial hardship that I am currently experiencing.

The information enclosed includes the fact that I cannot pay off an IRS debt of approximately $3,200, as I have a long term installment agreement with the IRS (i.e., paying $162 monthly).

Also enclosed are copies of a recent credit report, showing “serious delinquency…” and being denied credit, as well as a huge interest charge of over $4,000 (with Care Credit) due to the fact that I could not pay off the balance during the 1 year promotional period.

In addition, I also had to pay a large amount of money earlier this year for a client resolution from a WOODBRIDGE situation.

All of this have left me left me financially devastated with no money, as I have already contacted a bankruptcy attorney in order to start the process for personal bankruptcy as my only option.

Thank you for your attention to this matter.

Sincerely,

Jay Brown

Jay Brown

December 16, 2019

FILED

2020 JAN -2 AM 8:22

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court

824 North Market Street, 3rd Floor

Wilmington, DE 19801

Please see the attached packet (copy) that was sent to the Law Firm of Pachulski Stang Ziehl & Jones LLP.

Thank you for your attention to this matter.

Sincerely,

Jay Brown

Jay Brown

IRS Department of the Treasury
Internal Revenue Service
Ogden, UT 84201

Notice Number: CP- 89
Notice Date: Aug. 22, 2019
Taxpayer Identification Number:
xxx-xx-8907

If you have any questions, please call us at:
1-800-829-8374

299677.841135.292376.23638 1 AB 0.412 699

JAY N BROWN
10 SANDPIPER CIR
CORTE MADERA CA 94925-1056

299677

# THIS IS NOT A BILL

## Annual Installment Agreement Statement

### THIS IS FOR YOUR INFORMATION

This is your Annual Installment Agreement Statement. This two-part statement shows the installment-agreement activity from July 16, 2018 to July 15, 2019 for each tax period included in your agreement.

I. The **Payment Detail** page shows the payments received and where they have been applied.

- Your payments are listed by date received to assist you as you review your records. The payments are also totaled at the end of the detail, for your convenience.
- Your payments have been applied according to the terms of your agreement and in accordance with the law. For each tax year, your payments are applied first to tax, then penalty, then interest, and other charges.

II. The **Installment Agreement Activity** page shows each tax period for which you owed tax.

- The Beginning Balance is calculated as of July 16, 2018, or the date you entered a tax period into an installment agreement, if it was later. The beginning balance of each tax period includes the unpaid tax, penalty, and interest as of this calculation date.
- The Total Interest, Total Penalty and Other Charges are the amounts added during this period. Other Charges are items such as fees, refunds or adjustments.

If you'd like to pay the full amount you owe, please call us at 1-800-829-8374 so we may give you a current payoff figure. Your future statements will be mailed to you annually, for as long as you have installment agreement activity.

As always, we appreciate your timely payments.

299677

# Payment Detail
## for July 16, 2018 to July 15, 2019

| Payment Date | Applied Amount | | Applied to Tax Form | Tax Period |
|---|---|---|---|---|
| 08/03/2018 | $ | 162.00- | 1040 | 12/31/2012 |
| 09/04/2018 | $ | 162.00- | 1040 | 12/31/2012 |
| 09/27/2018 | $ | 162.00- | 1040 | 12/31/2012 |
| 11/03/2018 | $ | 162.00- | 1040 | 12/31/2012 |
| 11/29/2018 | $ | 162.00- | 1040 | 12/31/2012 |
| 01/09/2019 | $ | 162.00- | 1040 | 12/31/2012 |
| 02/02/2019 | $ | 162.00- | 1040 | 12/31/2012 |
| 03/01/2019 | $ | 162.00- | 1040 | 12/31/2012 |
| 04/04/2019 | $ | 162.00- | 1040 | 12/31/2012 |
| 05/03/2019 | $ | 162.00- | 1040 | 12/31/2012 |
| 05/31/2019 | $ | 162.00- | 1040 | 12/31/2012 |
| Total Payments | $ | 1,782.00- | | |

- Payments received after June 24, 2019 may not appear on this statement, but will be shown on your next annual statement.
- If you think we missed giving you credit for a payment, please call 1-800-829-8374 and we will be glad to resolve any discrepancies.

JAY N BROWN
xxx-xx-8907

299677

89

## Installment Agreement Activity

**for July 16, 2018 to July 15, 2019**

| Tax Period | Form Number | | Beginning Balance | | Total Payments Received | | Total Penalty Added | | Total Interest Added | | Other Charges Added | | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2012 | 1040 | $ | 5,692.01 | $ | 1,782.00- | $ | 65.51 | $ | 203.73 | $ | 180.54- | $ | 3,998.71 |
| | Total | $ | 5,692.01 | $ | 1,782.00- | $ | 65.51 | $ | 203.73 | $ | 180.54- | $ | 3,998.71 |

For information on your penalty and interest computations, you may call 1-800-829-8374 .

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030

| | |
|---|---|
| | 58 |
| **Notice** | CP521 |
| **Tax year** | 2012 |
| **Notice date** | August 21, 2019 |
| **Taxpayer ID number** | XXX-XX-8907 |
| **To contact us** | Phone 800-829-8374 |
| **Your Caller ID** | 668961 |



060065.842209.294931.23719 1 AB 0.412 864

JAY N BROWN
10 SANDPIPER CIR
CORTE MADERA CA 94925-1056

060065

PD ck# 5205

Your installment agreement

# Monthly payment due: $162.00

Thank you for your last payment of $162.00, received on August 1, 2019.

Your monthly payment of $162.00 must be received by September 4, 2019. If you can't pay your monthly bill by this date, call us at 800-829-8374 to discuss your situation.

## Payment Information

| | |
|---|---|
| Last payment amount | $162.00 |
| Last payment received | August 1, 2019 |
| Amount you owe | $3,700.50 |
| Payment due date | September 4, 2019 |
| **Minimum payment due** | **$162.00** |

## What you need to do immediately

- Your payment of $162.00 must be received by September 4, 2019, or you may default on your agreement. If you default, you may have to pay a user fee to reinstate it.
- Pay online or mail a check or money order with the attached payment stub. **You can pay online now at www.irs.gov/payments.**

Continued on back...

CBCInnovis
PO BOX 1867
PITTSBURGH PA 15230

**CBCInnovis**

Phone: 800-216-3463
Fax: 800-688-7816

## INFILE CREDIT REPORT

**PREPARED FOR:**
SILICON VALLEY CAPITAL FUNDING
1475 S. BASCOM #112
CAMPBELL CA 95008

**PROPERTY ADDRESS:**
10 SANDPIPER CIR
CORTE MADERA CA 94925

**DATE RECEIVED:** 07/23/18

**CHARGES:** $50.40
**COMPUTER ID #:**
T1820418220303046

**DATE COMPLETED:** 07/23/18

**ATTENTION:**
JENNIFER TUREK

**REPORT TYPE:** INDIVIDUAL

**LENDER CASE #:**
1807SVCF0014367

### APPLICANT

**INPUT INFORMATION:**
**NAME:** JAY BROWN
**SSN:** 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
10 SANDPIPER CR
CORTE MADERA CA 94925

**PREVIOUS ADDRESS:**
20A UNA WY #A

### EMPLOYMENT INFORMATION

**PRESENT EMPLOYMENT:**
STRATEGIC FINANCIAL
**FROM:** 05/06/12

**PREVIOUS EMPLOYMENT:**
PARMAS FINANCIAL

IRS
Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030

PD ck #5251

| | |
|---|---|
| | 5B |
| **Notice** | CP521 |
| **Tax year** | 2012 |
| **Notice date** | November 20, 2019 |
| **Taxpayer ID number** | XXX-XX-8907 |
| **To contact us** | Phone 800-829-8374 |
| **Your Caller ID** | 668961 |



303755.870092.408423.26191 1 AB 0.412 864

JAY N BROWN
10 SANDPIPER CIR
CORTE MADERA CA 94925-1056

303755

Your installment agreement

# Monthly payment due: $162.00

Thank you for your last payment of $162.00, received on October 31, 2019.

Your monthly payment of $162.00 must be received by December 4, 2019. If you can't pay your monthly bill by this date, call us at 800-829-8374 to discuss your situation.

## Payment Information

| | |
|---|---|
| Last payment amount | $162.00 |
| Last payment received | October 31, 2019 |
| Amount you owe | $3,251.32 |
| Payment due date | December 4, 2019 |
| **Minimum payment due** | **$162.00** |

## What you need to do immediately

- Your payment of $162.00 must be received by December 4, 2019, or you may default on your agreement. If you default, you may have to pay a user fee to reinstate it.
- Pay online or mail a check or money order with the attached payment stub. **You can pay online now at www.irs.gov/payments.**

CBCInnovis
PO BOX 1857
PITTSBURGH PA 15230

**CBCInnovis**

Phone: 800-216-3483
Fax: 800-800-7816

# INFILE CREDIT REPORT

**PREPARED FOR:**
SILICON VALLEY CAPITAL FUNDING
1475 S. BASCOM #112
CAMPBELL CA 95008

**PROPERTY ADDRESS:**
10 SANDPIPER CIR
CORTE MADERA CA 94925

**DATE RECEIVED:** 07/23/18

**CHARGES:** $50.40
**COMPUTER ID #:**
T1420418208C9046

**DATE COMPLETED:** 07/23/18

**ATTENTION:**
JENNIFER TUREK

**REPORT TYPE:** INDIVIDUAL

**LENDER CASE #:**
1807SVCF0014367

## APPLICANT

**INPUT INFORMATION:**
**NAME:** JAY BROWN
**SSN:** 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
10 SANDPIPER CR
CORTE MADERA CA 94925

**PREVIOUS ADDRESS:**
20A UNA WY #A
MILL VALLEY CA 94941-2718
**FROM:** 02/01/94

**PREVIOUS ADDRESS:**
950 HAPPY VALLEY CT
LAFAYETTE CA 94549-3015

## EMPLOYMENT INFORMATION

**PRESENT EMPLOYMENT:**
STRATEGIC FINANCIAL
**FROM:** 05/06/12

**PREVIOUS EMPLOYMENT:**
PARIBAS FINANCIAL

## CREDIT SUMMARY

| | PAYMENTS | BALANCES | LIMITS | TRADES | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|
| REVOLVING | 61 | 1,850 | 15,103 | 10 | 0 | 0 | 0 |
| INSTALLMENT | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| REAL ESTATE | 1,434 | 359,360 | 485,200 | 1 | 0 | 0 | 0 |
| OPEN/OTHER | 0 | 20,815 | 17,346 | 1 | 0 | 0 | 10 |
| TOTAL | 1,495 | 382,025 | 517,649 | 13 | 0 | 0 | 10 |

| | | | | | |
|---|---|---|---|---|---|
| #INQUIRIES | 5 | #PUBLIC RECORDS | 0 | #BANKRUPTCIES | 0 |
| WORST TRADE | 9 | OLDEST DATE | 08/17/81 | #SATISFACTORIES: | 11 |
| | | | | PAST DUES: | 20,815 |

## SCORING

E C O A 1 — [redacted]
Repository: TransUnion — Brand: CLASSIC 04 SCORE — TRU
38 SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
10 PROPORTION OF REVOLVING BALANCES TO REVOLVING CREDIT LIMITS IS TOO HIGH
8 TOO MANY INQUIRIES IN THE LAST 12 MONTHS

E C O A 1 — [redacted]
Repository: Equifax — Brand: BEACON 5.0 SCORE — EFX
38 SERIOUS DELINQUENCY AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED
15 LACK OF RECENT BANK REVOLVING INFORMATION
10 PROPORTION OF BALANCES TO CREDIT LIMITS TOO HIGH ON REVOLVING ACCOUNTS

E C O A 1 — [redacted]
Repository: Experian — Brand: FAIR ISAAC SCORE 2 — XPN
40 DEROGATORY PUBLIC RECORD OR COLLECTION FILED
32 LACK OF RECENT INSTALLMENT LOAN INFORMATION
8 TOO MANY INQUIRIES LAST 12 MONTHS
18 PROPORTION OF BALANCE TO HIGH CREDIT ON REVOLVING ACCOUNTS

## REGULATORY MESSAGES

1 FACT ACT: THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE WITH NO DEROGATORY INFORMATION FOUND ON THE FILE — TRU

1 FACT ACT: THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE — XPN

## PUBLIC RECORD INFORMATION

NO PUBLIC RECORDS FOUND

CARECREDIT/SYNCHRONY BANK

Account Number : 6019 1823 3448 4682
Statement Closing Date: 11/25/2019

synchrony

| Summary of Account Activity | |
|---|---|
| Previous Balance | $10,455.00 |
| + New Purchases | $0.00 |
| - Payments | $455.00 |
| +/- Credits, Fees & Adjustments (net) | $0.00 |
| +/- [redacted] | [redacted] |
| **New Balance** | **$14,234.26** |
| Credit Limit | $15,000.00 |
| Available Credit | $765.00 |
| **Days in Billing Period** | **31** |

**Pay online for free at: mysynchrony.com**
**For Synchrony Bank customer service or to report your card lost or stolen, call (1-866-893-7864).**

Best times to call are Wednesday - Friday.

| Payment Information | |
|---|---|
| **New Balance** | **$14,234.26** |
| **Total Minimum Payment Due** | **$472.00** |
| **Payment Due Date** | **12/18/2019** |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.** We may convert your payment into an electronic debit. See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $39.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $43,931.00 |
| $581.00 | 3 years | $20,917.00 (Savings = $23,014.00) |

If you would like information about credit counseling services, call 1-877-302-8797.

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5302 0001 BFN 1 7 25 191125 PAGE 1 of 4 9072 2500 C6J5 01BC5302 113448

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.

CareCredit

| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $472.00 | 12/18/2019 | $14,234.26 | 6019 1823 3448 4682 |

**Payment Enclosed :** $ ☐☐☐☐☐.☐☐

☐ **New address or e-mail? Check the box at left and print changes on back**

113448
P311

JAY N BROWN
10 SANDPIPER CIR
CORTE MADERA CA 94925-1056

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

00472000045500 00472000142342б 000601918 2334484 68262

H

P.O. BOX 85643
SAN DIEGO, CA 92186-5643

# IMPORTANT ACCOUNT NOTICE

AUGUST 23, 2019

* * * URGENT - OPEN IMMEDIATELY * * *
JAY N BROWN
1000 4TH ST, SUITE 580
SAN RAFAEL, CA 94901-2994

ACCOUNT NUMBER
XXXXXX1019

## INSTALLMENT LOAN LATE NOTICE

| PAYMENT DUE DATE | PAYMENT AMOUNT DUE | | TOTAL AMOUNT DUE |
|---|---|---|---|
| 08/15/2019 | 31.07 | | 31.07 |

OUR RECORDS INDICATE THE ABOVE PAYMENT HAS NOT BEEN RECEIVED. IF YOU HAVE NOT ALREADY DONE SO, PLEASE MAIL YOUR PAYMENT TODAY; OR, YOU MAY BRING YOUR PAYMENT INTO ANY OF OUR BANKING OFFICES.

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

IF YOU HAVE ANY QUESTIONS OR WOULD LIKE ADDITIONAL INFORMATION, PLEASE CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT 1-800-237-0561.

THANK YOU FOR YOUR IMMEDIATE ATTENTION TO THIS NOTICE.