**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | | Case No. 17-12560 (BLS) |
| Remaining Debtors. | | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC*, et al*., <br><br> Plaintiff, <br><br> v. <br><br> (SEE *EXHIBIT I* ATTACHED HERETO), <br><br> Defendant. | | Adv. Proc Case Nos. (SEE *EXHIBIT I*) |

<u>**AMENDED AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF NEW YORK  )

I, ALISON MOODIE, being duly sworn, deposes and says:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 4, 2020, I caused to be served the "Scheduling Order," hereto attached as Exhibit II, by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
5th day of October, 2020
/s/ Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

---

[2]   Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

EXHIBIT I

| Defendant(s) | Adv. Proc. Case No. |
|---|---|
| STEFAN KOLOSENKO | 19-50301 |
| MARY M. NOYES; GALE E. NOYES | 19-50312 |
| DELTON CHRISTMAN; JEAN CHRISTMAN | 19-50314 |
| FLOYD G. DAVIS; LAVONNE J. DAVIS | 19-50317 |
| TOOMAS HEINMETS; PAMELA HEINMETS | 19-50322 |
| DENNIS W. HUETH | 19-50331 |
| CHRISTIAN LESTER | 19-50332 |
| JOSEPH LIN | 19-50334 |
| LAURENCE J. NAKASONE | 19-50337 |
| JEFF SCHUSTER | 19-50341 |
| ANITA BEDOYA AND MARK BEDOYA | 19-50343 |
| ANITA BEDOYA; JULIAN DURAN | 19-50344 |
| RONALD COLE | 19-50346 |
| NANNETTE TIBBITTS | 19-50353 |
| IRA SERVICES TRUST COMPANY, CUSTODIAN FOR THE BENEFIT OF DWIGHT L. ATHERTON IRA; DWIGHT L. ATHERTON | 19-50581 |
| TERRY B. GRIFFIN, IN HIS CAPACITY AS TRUSTEE OF THE GRIFFIN FAMILY TRUST; TERRY B. GRIFFIN | 19-50744 |
| CHRIST TEMPLE BAPTIST CHURCH | 19-50756 |
| IRA SERVICES TRUST COMPANY, CUSTODIAN FOR THE BENEFIT OF LYNETTE EDDY IRA; LYNETTE EDDY | 19-50808 |
| IRA SERVICES TRUST COMPANY, CUSTODIAN FOR THE BENEFIT OF EARL EDDY IRA; EARL EDDY | 19-50814 |
| RONDA ROGOVIN | 19-50852 |
| MGM RESORTS INTERNATIONAL d/b/a Mandalay Bay Resort | 19-50853 |
| MARY J. HAPPERSETT, IN HER CAPACITY AS TRUSTEE OF THE MARY J HAPPERSETT REVOCABLE LIVING TRUST AGREEMENT DATED 07/15/98; MARY J. HAPPERSETT | 19-50870 |
| IRA SERVICES TRUST COMPANY, CUSTODIAN FOR THE BENEFIT OF HAROLD L. LUSTIG IRA; HAROLD L. LUSTIG | 19-50910 |
| ALL MARK INSURANCE SERVICES, INC.; CAMERON JOHNSON | 19-50921 |
| CHRIS DANTIN FINANCIAL SERVICES, LLC; CHRIS A DANTIN SR | 19-50922 |
| MATTHEW GILCHRIST | 19-50997 |
| DAVID VALENCIA; VALENCIA FINANCIAL SERVICES, LLC | 19-51000 |
| BETTE TYDINGS | 19-51002 |

| | |
|---|---|
| RETIREMENT PLANNING SOLUTIONS, LLC; GORDON HANNAH | 19-51004 |
| GAULAN FINANCIAL LLC | 19-51012 |
| YANITSHA M FELICIANO | 19-51015 |
| LEGACY FINANCIAL NETWORK AND RETIREMENT SERVICES, INC. AND JEFFREY NIMMOW | 19-51016 |
| ROBERT BISCARDI, JR. | 19-51048 |
| ARASH TASHVIGHI | 19-51049 |
| TO THE MAX MARKETING, INC. | 19-51066 |
| THOMAS FURMAN | 19-50299 |
| ALEXANDER S. ADUNA; EMMA R. ADUNA | 19-50307 |
| SYLVAN R. JUTTE; JEANNETTE E. JUTTE | 19-50308 |
| BRIAN D. KORKUS; ROBIN L KORKUS | 19-50309 |
| DARRELL SANDISON; MATTIE SANDISON | 19-50313 |
| GEORGE T. IWAHIRO; CHARLENE M. IWAHIRO | 19-50319 |
| RICHARD E. ATTIG; STEPHANIE L. ATTIG | 19-50325 |
| JASON CURTIS | 19-50327 |
| JANET V. DUES | 19-50328 |
| DENA FALKENSTEIN | 19-50329 |
| JUDY KAREN GOODIN | 19-50330 |
| JANE MARSHALL | 19-50335 |
| BLAINE PHILLIPS | 19-50338 |
| GEORGE EDWARD SARGENT | 19-50340 |
| JENNIFER TOM | 19-50342 |
| RONALD DRAPER | 19-50347 |
| STEPHEN B. MOORE | 19-50350 |
| LAWRENCE J. PAYNTER | 19-50351 |
| MAINSTAR TRUST, CUSTODIAN FOR THE BENEFIT OF MARIE PODKOWINSKI; MARIE PODKOWINSKI | 19-50559 |
| MAINSTAR TRUST, CUSTODIAN FOR THE BENEFIT OF LORIE GORMAN; LORIE GORMAN | 19-50567 |
| IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF JAMES C. CHANG IRA; JAMES C. CHANG | 19-50576 |
| MAINSTAR TRUST, CUSTODIAN FOR THE BENEFIT OF JOHN KOBIERECKI; JOHN KOBIERECKI | 19-50578 |
| PROVIDENT TRUST GROUP, LLC, CUSTODIAN FOR THE BENEFIT OF LARRY A. NORTON IRA; LARRY A. NORTON | 19-50586 |
| PAUL F. HAPPERSETT, IN HIS CAPACITY AS TRUSTEE OF THE PAUL F. HAPPERSETT REVOCABLE LIVING TRUST AGREEMENT DATED 07/15/98; PAUL F. HAPPERSETT | 19-50735 |

| | |
|---|---|
| ANTHONY ARTHUR MEOLA JR., IN HIS CAPACITY AS TRUSTEE OF THE ANTHONY ARTHUR MEOLA JR. 2008 TRUST; ANTHONY ARTHUR MEOLA JR. | 19-50741 |
| MAINSTAR TRUST, CUSTODIAN FOR THE BENEFIT OF TIMOTHY HAWLEY; TIMOTHY HAWLEY | 19-50750 |
| IRMGARD HERRMANN | 19-50752 |
| RENE C. MARSOLAN; JUDY MARSOLAN | 19-50775 |
| ASCENSUS, LLC D/B/A PROVIDENT TRUST GROUP, CUSTODIAN FOR THE BENEFIT OF SHARON R. FERRY IRA; SHARON R. FERRY | 19-50831 |
| CLAYTON NAKASONE | 19-50832 |
| HART PLACEMENT AGENCY INC. | 19-50847 |
| ROBERT ELMER | 19-50850 |
| PETER GREENBERG | 19-50855 |
| KATHY HAGEN, IN HER CAPACITY AS TRUSTEE TO THE KATHY A HAGEN DECLARATION OF TRUST DATED MARCH 2, 1998; KATHY HAGEN | 19-50869 |
| FRED RANDHAHN; KAREN RANDHAHN; ASCENSUS, LLC D/B/A PROVIDENT TRUST GROUP, CUSTODIAN FOR THE BENEFIT OF ANTELOPE WOMEN'S CENTER 401K PSP FOR THE BENEFIT OF KAREN RANDHAHN; KRONOS GLOBAL ADVISORS, INC. | 19-50908 |
| MICHAEL KANDRAVI | 19-50914 |
| MAXWELL FINANCIAL GROUP, INC; ROSEMARY MALMSTEDT | 19-50915 |
| KIM BUTLER | 19-50917 |
| JOSEPH RUBIN INC.; JOSEPH RUBIN | 19-50918 |
| MARK GOLDFINGER | 19-50920 |
| DANNY VAN HOUTEN | 19-50927 |
| RETIREMENT SERVICES LLC | 19-50931 |
| JEROME SCHWARTZ; ASSOCIATED INSURANCE GROUP INCORPORATED | 19-50938 |
| ROGER OWENS; JENNIFER M. LEPORE | 19-50940 |
| JOHN FAGAN | 19-50947 |
| IVY LEAGUE COLLEGE PLANNING STRATEGIES, INC.; MIKE RAPPA | 19-50951 |
| JAMES LAMONT | 19-50952 |
| GERARD J O'NEILL | 19-50964 |
| DAVID KELEDJIAN | 19-50973 |
| JOSEPH W. ISAAC | 19-50976 |
| RANDY ROBERTSON | 19-50977 |
| MATTHEW LORENC | 19-50979 |
| DONOVAN KNOWLES | 19-50980 |
| GREGORY JANDT | 19-50981 |

| | |
|---|---|
| JAMES A. KLOHN & ASSOC, P.A. | 19-50989 |
| JOHN J MCNAMARA | 19-50998 |
| RICKI DEAN WIGGS | 19-51003 |
| DENNIS DRAKE; MID-ATLANTIC BROKERS, INC. | 19-51006 |
| DAN REISINGER | 19-51007 |
| JOHN HARRIS d/b/a HARRIS FINANCIAL MANAGEMENT; JOHN HARRIS | 19-51011 |
| SEARCHLIGHT FINANCIAL ADVISORS, LLC; CAROLINE RAKNESS | 19-51022 |
| BASIC FINANCIAL SERVICES INC., BASIC WEALTH ADVISORS, INC., FRED C. JOHNSON | 19-51039 |
| TWH ANNUITIES & INSURANCE AGENCY, INC.; GRYPHON FINANCIAL SERVICES | 19-51042 |
| SYCAMORE GROUP, INC.; BENDER W. MACKEY | 19-51043 |
| MATTE BLACK INC.; MATTHEW J. SCHWARTZ | 19-51077 |
| PROVIDENT TRUST GROUP, CUSTODIAN FOR THE BENEFIT OF GAIL MARIE BUSH IRA; GAIL MARIE BUSH; GAIL MARIE BUSH AS TRUSTEE OF THE GAIL MARIE BUSH TRUST DATED 12/21/2001 | 19-51133 |
| IRA SERVICES TRUST COMPANY, CUSTODIAN FOR THE BENEFIT OF RICHARD DERF SEP IRA IRA; RICHARD DERF | 19-51136 |
| HARRY R. CULOTTA, IN HIS CAPACITY AS TRUSTEE OF THE HARRY R. CULOTTA TRUST DATED 11/16/16, HARRY R. CULOTTA | 19-51138 |
| RUSSELL BULLIS; BETSY BULLIS | 19-50310 |
| MICHAEL SKURICH; JOYCE SKURICH | 19-50315 |
| PROVIDENT TRUST GROUP, LLC, CUSTODIAN FOR THE BENEFIT OF JOHN P. SMITH; JOHN P. SMITH | 19-50760 |
| MARCELLA BEST | 19-50819 |
| ALTHEA MCCORMICK | 19-50823 |
| KIRK W. CHUBKA | 19-50826 |
| MARY ELLEN NUHN | 19-50829 |
| JOHN J. BEGLEY | 19-50830 |
| PHILLIP BALL a/k/a LARRY BALL | 19-50913 |
| GREGG W. BUTLER | 19-50958 |
| HAROLD PLAIN | 19-50974 |
| JOSEPH A. LOOX | 19-50978 |
| DANIEL P. ORFIN | 19-51005 |
| RICHARD ANTHONY MILLER | 19-51008 |
| MICHAEL LITWIN | 19-51023 |
| KENNETH HALBERT | 19-51027 |

EXHIBIT II

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES,<br>LLC, *et al.*,[1]<br><br>      Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>      Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>      Defendant. | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

**SCHEDULING ORDER**

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to each of the above-captioned adversary proceedings.

**IT IS HEREBY ORDERED** that:

1.   The discovery planning conference described in Fed.R.Civ.P. 26(f), made applicable by Fed.R.Bankr.P. 7026, shall be deemed to have taken place, provided, however, that the parties each reserve their rights regarding issues concerning electronic discovery.

2.   The above-captioned adversary proceedings are assigned to mediation pursuant to Local Rule 9019-5.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3.      No later than thirty (30) days after this Scheduling Order is entered, the Defendant shall provide the Plaintiff with a list of three (3) proposed mediators.

4.      No later than forty-five (45) days after this Scheduling Order is entered, the parties shall file a Stipulation Regarding Appointment of a Mediator setting forth the mediator selected by the parties and the date the mediation has been set to commence.  If the Parties cannot agree on a mediator, the Plaintiff shall file a statement alerting the Court of such inability and a request that the Court select and appoint a mediator to the proceeding.

5.      All formal discovery between the parties, including, but not limited to the service of initial disclosures under Fed.R.Civ.P. 26(a)(1), shall be tolled until after the filing of the Mediator's Certificate of Completion pursuant to Local Rule 9019-5(f)(ii).  The form of stipulation tolling discovery attached hereto as **Exhibit A** is hereby approved.

6.      The parties shall provide the initial disclosures under Fed.R.Civ.P. 26(a)(1) no later than thirty (30) days after the filing of the Certificate of Completion.  Any extension of the deadline to provide initial disclosures may be made by agreement of the parties or by Order of the Court for good cause shown.

7.      All fact discovery shall be completed no later than one hundred twenty (120) days after the filing of the Certificate of Completion.

8.      Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue, not including any report by Plaintiff on insolvency of the Debtors, no later than one hundred sixty-five (165) days after the filing of the Certificate of Completion.  If the Defendant intends to

provide expert testimony regarding the insolvency of the Debtors, notice of the Defendant's intent to submit any such expert report must be provided no later than one hundred fifty (150) days after the filing of the Certificate of Completion, and any such expert report must be provided no later than one hundred eighty (180) days after the filing of the Certificate of Completion.  Any expert rebuttal report by Plaintiff on the insolvency of the Debtors, shall be provided no later than two hundred ten (210) days after the filing of the Certificate of Completion.  Any Party's expert report intended to rebut any other expert report, including any other expert reports that may be filed earlier than the deadlines established in this subparagraph, shall be provided no later than thirty (30) days after the report being rebutted, provided, however, that in no event shall the thirty (30) day period start prior to one hundred twenty (120) days after the filing of the Certificate of Completion.  All reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B).  All expert discovery shall be completed no later than two hundred seventy (270) days after the filing of the Certificate of Completion.

        9.      If either party does not agree to toll discovery until after the conclusion of mediation in accordance with paragraph 5 of this Order, it must notify the other party in writing within five (5) days of the entry of this Scheduling Order, and, in such instances, the following subparagraphs (a) through (d) shall apply:

        (a)      The discovery planning conference described in Fed.R.Civ.P. 26(f), made applicable by Fed.R.Bankr.P. 7026, shall be deemed to have taken place, provided, however, that the parties each reserve their rights regarding issues concerning electronic discovery.

(b)     The parties shall provide the initial disclosures under Fed.R.Civ.P.

26(a)(1) no later than thirty (30) days after the date this Scheduling Order

is entered.  Any extension of the deadline to provide initial disclosures

may be made by agreement of the parties or by Order of the Court for

good cause shown.

(c)     All fact discovery ("Fact Discovery") shall be completed no later than one

hundred twenty (120) days after the date this Scheduling Order is entered.

(d)     Any expert report required pursuant to Federal Rule of Civil Procedure

26(a)(2)(B) shall be served by the Party which bears the burden of proof

for that issue, not including any report by Plaintiff on insolvency of the

Debtor, no later than one hundred sixty-five (165) days after the date this

Scheduling Order is entered.  If the Defendant intends to provide expert

testimony regarding the insolvency of the Debtors, notice of the

Defendant's intent to submit any such expert report must be provided no

later than one hundred fifty (150) days after the date this Scheduling Order

is entered, and any such expert report must be provided no later than one

hundred eighty (180) days after the date this Scheduling Order is entered.

Any expert rebuttal report by Plaintiff on the insolvency of the Debtors

shall be provided no later than two hundred ten (210) days after the date

this Scheduling Order is entered.  Any Party's expert report intended to

rebut any other expert report, including any other expert reports that may

be filed earlier than the deadlines established in this subparagraph, shall be

provided no later than thirty (30) days after the report being rebutted,

provided, however, that in no event shall the thirty (30) day period start

prior to one hundred twenty (120) days after the date this Scheduling

Order is entered.  All reports shall provide the information required by

Fed.R.Civ.P. 26(a)(2)(B).  All expert discovery shall be completed, and

discovery shall close, no later than two hundred seventy (270) days after

the date this Scheduling Order is entered.

10.     All motions pursuant to Rule 5011-1 of the Local Rules, including a

motion for withdrawal of the reference or motion for a determination of whether the Court has

authority to enter final orders and judgments, shall be filed and served not sooner than thirty (30)

days after the close of all discovery and not later than 60 days prior to trial, and shall be subject

to the Local Rules.

11.     All dispositive motions shall be filed and served by not later than thirty

(30) days after the close of all discovery and shall be subject to Rule 7007-1 of the Local Rules.

12.     The parties shall file, no later than three (3) business days prior to the date

set for Trial, their Joint Pretrial Memorandum approved by all counsel and shall

contemporaneously deliver two (2) copies thereof to Judge Shannon's chambers.

13.     As soon as is feasible after the close of all discovery, the Plaintiff shall

contact the Court to schedule a final pretrial conference in accordance with Local Rule

7016-2(a).

14.     The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible.  The Plaintiff shall file a status report sixty (60) days after the date of this Scheduling Order, each sixty (60) days thereafter, and thirty (30), twenty (20), and ten (10) days prior to trial, setting out the status of each unresolved adversary proceeding subject to this Order.  Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

15.     Deadlines contained in this Scheduling Order may be extended by written agreement of the parties or upon written motion or stipulation for cause shown.

16.     The Plaintiff shall serve this Scheduling Order on each of the Defendant's in the above-captioned adversary proceedings within five (5) business days after the entry of this Order.

**Dated: September 3rd, 2020**
**Wilmington, Delaware**

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A TO ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | Adv. Proc No. 19- _____ (BLS) |
| Plaintiff, | |
| v. | |
| [DEFENDANT NAME], | |
| Defendant. | |

## STIPULATION TO TOLL
## DISCOVERY UNTIL AFTER THE CONCLUSION OF MEDIATION

Plaintiff Michael Goldberg, (the "Plaintiff"), as Liquidating Trustee of the Woodbridge

Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC,

*et al.*, and the above-captioned defendant (the "Defendant" and together with the Plaintiff, the

"Parties"), hereby agree and stipulate that, in according with the scheduling order dated

_____, 2020, discovery shall be tolled until after the filing of a mediator's

Certificate of Completion pursuant to Local Rule 9019-5(f)(ii).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: _____, 2020

[FIRM]                                      PACHULSKI STANG ZIEHL & JONES LLP

By: _____          By: _____
    [Attorney]                              Richard M. Pachulski (CA Bar No. 90073)
    [Address]                               Andrew W. Caine (CA Bar No. 110345)
    [City, State, Zip]                      Bradford J. Sandler (DE Bar No. 4142)
    Tel: _____                       Colin R. Robinson (DE Bar No. 5524)
    Fax: _____                        919 North Market Street, 17th Floor
    Email: _____                     P.O. Box 8705
                                        Wilmington, DE 19899 (Courier 19801)
    Counsel for Defendant                   Telephone: 302-652-4100
                                        Fax: 302-652-4400
                                        Email: rpachulski@pszjlaw.com
                                               acaine@pszjlaw.com
                                               bsandler@pszjlaw.com
                                               crobinson@pszjlaw.com

                                        Counsel for Plaintiff

2

EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ARASH TASHVIGHI | 3234 LILLY FLOWER | | | | SAN ANTONIO | TX | 78253-6098 |
| ARASH TASHVIGHI | 3235 LILLY FLOWER | | | | SAN ANTONIO | TX | 78253-6068 |
| ARASH TASHVIGHI | 17551 STAGG ST | | | | RESEDA | CA | 91335 |
| ASSOCIATED INSURANCE GROUP, INC | ATTN JEROME H. SCHWARTZ, PRESIDENT | 14 SOUTH CHICAGO AVENUE | | | FREEPORT | IL | 61032 |
| BETTE TYDINGS | 21761 NORTHWOOD LN | | | | LAKE FOREST | CA | 92630 |
| CT CORP SYSTEM, R/A | RE: PROVIDENT TRUST GRP LLC ADMIN & CUST | 701 S. CARSON ST, STE. 200 | | | CARSON CITY | NV | 89701 |
| DWIGHT L ATHERTON | 11121 HUNTER RD | | | | MERCERSBURG | PA | 17236 |
| GAIL MARIE BUSH, AS TRUSTEE OF THE | GAIL MARIE BUSH TRUST DATED 12/21/2001 | 70 SW CENTURY DRIVE, STE. 100-416 | | | BEND | OR | 97702 |
| GAULAN FINANCIAL LLC | ATTN: MARIE A. CORIOLAN, OFFICER | 1711 ALHAMBRA CREST DRIVE | | | RUSKIN | FL | 33570 |
| GAULAN FINANCIAL LLC | ATTN: ERNST GAUTIER, R/A | 1711 ALAMBRA CREST DRIVE | | | RUSKIN | FL | 33570 |
| GREGG W BUTLER | 570 E 900 S | | | | OREM | UT | 84097-7159 |
| GREGG W BUTLER | 21661 BROOKHURST ST APT 234 | | | | HUNTINGTON BEACH | CA | 92646-8132 |
| GREGG W BUTLER | 570 E 900 S | | | | OREM | UT | 84097-7159 |
| GRIFFIN FT | C/O TERRY B. GRIFFIN | 2010 N 950 E | | | NORTH LOGAN | UT | 84341 |
| JEFFREY S NIMMOW | C/O HUSCH BLACKWELL LLP | ATTN JEFFREY J LIOTTA | 20800 SWENSON DR | | WAUKESHA | WI | 53186 |
| JOHN B SMITH | 1831 W SCHWARTZ RD | | | | LADY LAKE | FL | 32159 |
| JOHN HARRIS D/B/A HARRIS FINANCIAL | MANAGEMENT | 300 MT LEBANON BLVD, STE. 2218-A | | | PITTSBURGH | PA | 15234 |
| JOHN J BEGLEY | 606 FLAMINGO DR | | | | WEST PALM BEACH | FL | 33401 |
| JOSEPH A LOOX | 12806 OTTOMAN ST | | | | PACOIMA | CA | 91331 |
| JOSEPH LIN | 440 LINCOLN ST | | | | HEALDSBURG | CA | 95448-3760 |
| JOSEPH LIN | 1765 DALTREY WAY | | | | SAN JOSE | CA | 95132-1523 |
| JOSEPH LOOX | 18641 SATICOY ST | APT 42 | | | RESEDA | CA | 91335-4954 |
| JUDY MARSOLAN | 1133 E HAWKINS PKWY | APT 142 | | | LONGVIEW | TX | 75605-8051 |
| KIM BUTLER | 2024 S BALDWIN # 46 | | | | MESA | AZ | 85209 |
| KIRK W CHUBKA | 11447 NANCY DR | | | | WARREN | MI | 48093 |
| MARIE PODKOWINSKI | 103 OLD SEMET LN | | | | SYRACUSE | NY | 13219 |
| MARK GOLDFINGER | 1115 S ELM DRIVE, #212 | | | | LOS ANGELES | CA | 90035 |
| MATTE BLACK INC | ATTN:  MATT J. SCHWARTZ, R/A | 1157 S. BUNDY DR, #201 | | | LOS ANGELES | CA | 90049 |
| MICHAEL P. LITWIN | 1047 N LYNNDALE DR STE 1C | | | | APPLETON | WI | 54914-3059 |
| RENE C & JUDY MARSOLAN | 580 BUSTER RD | | | | ORANGE | TX | 77632 |
| RENE C. MARSOLAN | 1133 E HAWKINS PKWY | APT 142 | | | LONGVIEW | TX | 75605-8051 |
| RICHARD ANTHONY MILLER | 1441 E NORTHRIDGE AVE | | | | GLENDORA | CA | 91741 |
| ROBERT BISCARDI JR | 7210 JORDAN AVE | | | | CANOGA PARK | CA | 91303 |
| SAFE MONEY BROADCASTING, LLC | ATTN:  ERICA BEDDINGFIELD, DIRECTOR | 339 ELMWOOD LANE | | | TELFORD | PA | 18969 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| SAFE MONEY BROADCASTING, LLC | ATTN:  BRENT MEYER, PRESIDENT | 17165 KINGFISH LANE W. | | | SUMMERLAND KEY | FL | 33042 |
| TIMOTHY HAWLEY | 677 N 9TH ST | | | | NOBLESVILLE | IN | 46060 |
| YANITSHA M FELICIANO | 6736 FRIENDS AVE | | | | WHITTIER | CA | 90601-4432 |
| YANITSHA M FELICIANO | 18 BRENTANO DR | | | | TRABUCO CANYON | CA | 92679-4918 |

EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R HOOVER | 222 DELAWARE AVE, STE 801 | | | WILMINGTON | DE | 19801-1611 | jhoover@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M CAPUZZI | 222 DELAWARE AVE, STE 801 | | | WILMINGTON | DE | 19801-1611 | kcapuzzi@beneschlaw.com |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN MARY F. CALOWAY, ESQ. | 919 N MARKET ST. SUITE 1500 | | | WILMINGTON | DE | 19801 | mary.caloway@bipc.com |
| COOPER LEVENSON PA | ATTN: EDWARD A. CORMA ESQ & ERIC A. BROWNDORF | 30 FOX HUNT DR. | | | BEAR | DE | 19701 | ecorma@cooperlevenson.com; ebrowndorf@cooperlevenson.com |
| CROSS & SIMON, LLC | ATTN DAVID G HOLMES | 1105 NORTH MARKET ST., STE 901 | PO BOX 1380 | | WILMINGON | DE | 19899-1380 | dholmes@crosslaw.com |
| DANIEL KING | 3435 WILSHIRE BLVD., STE 1111 | | | | LOS ANGELES | CA | 90010 | DJYKING@GMAIL.COM |
| DONOVAN KNOWLES | 14455 DICKENS ST, APT 12 | | | | SHERMAN OAKS | CA | 91423 | DONOVANCKNOWLES@YAHOO.COM |
| GARTENBERG GELFAND HAYTON LLP | EDWARD GARTENBERG | 15260 VENTURA BOULEVARD, SUITE 1920 | | | SHERMAN OAKS | CA | 91403 | egartenberg@gghslaw.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN CHARLES J BROWN III, ESQ | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 | cbrown@gsbblaw.com |
| HAROLD L LUSTIG IRA | 290 VIA CASITAS #305 | | | | GREENBRAE | CA | 94904 | rindy@rindyyoga.com |
| HART PLACEMENT AGENCY INC | ATTN ANNIE H. GHAW, RA | 21801 ROSCOE BLVD # 149 | | | CANOGA PARK | CA | 91304 | HReadshaw@eckertseamans.com; arogin@eckertseamans.com |
| JEROME H SCHWARTZ | 14 S CHICAGO AVE | | | | FREEPORT | IL | 61032 | jerry7928@yahoo.com |
| JONES & ASSOC | ATTN: ROLAND GARY JONES ESQ | 1745 BROADWAY, 17TH FLR | | | NEW YORK | NY | 10019 | RGJ@ROLANDJONES.COM |
| JONES & ASSOCIATES | ATTN ROLAND GARY JONES, ESQ. | 1745 BROADWAY, 17TH FLOOR | | | NEW YORK | NY | 10019 | RGJ@ROLANDJONES.COM |
| JOSEPH W. ISAAC | 12672 LIMONITE AVE., #3E #768 | | | | EASTVALE | CA | 92880 | JOSEPH41121@GMAIL.COM |
| JOYCE LLC | ATTN: MICHAEL JOSEPH JOYCE | 1225 KING ST., STE 800 | | | WILMINGTON | DE | 19801 | mjoyce@mjlawoffices.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | DAVID S. EAGLE ESQ. & SALLY E. VEGHTE, ESQ. | 919 N. MARKET STREET, SUITE 1000 | | | WILMINGTON | DE | 19801 | deagle@klehr.com;sveghte@klehr.com |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |
| LAW OFFICE OF MARK S. ROHER | ATTN MARK S. ROHER, ESQ. | 5701 NW 88TH AVE, SUITE 301 | | | TAMARAC | FL | 33321 | mroher@markroherlaw.com |
| LEECH TISHMAN FUSCALDO & LAMPL LLC | ATTN: PATRICK W. CAROTHERS & DANIEL YEOMANS | 525 WILLIAM PENN PL., 28TH FLR | | | PITTSBURGH | PA | 15219 | pcarothers@leechtishman.com; dyeomans@leechtishman.com |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC | ATTN GREGORY W HAUSWIRTH | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | ghauswirth@leechtishman.com |
| MARGOLIS EDELSTEIN | ATTN JAMES E. HUGGETT, ESQ | 300 DELAWARE AVENUE, SUITE 800 | | | WILMINGTON | DE | 19801 | jhuggett@margolisedelstein.com |
| MATTHEW GILCHRIST | 1416 14TH ST | | | | VERO BEACH | FL | 32960 | mgilchrist71@gmail.com |
| MICHAEL & JOYCE SKURICH | 5383 MESA DR | | | | CASTLE ROCK | CO | 80108 | joyceskurich@icloud.com |
| MICHELMAN & ROBINSON LLP | ATTN: JEFF FARROW ESQ | 17901 VON KARMAN AVE, 10TH FLR | | | IRVINE | CA | 92614 | JFARROW@MRLLP.COM |
| PHILLIP 'LARRY' BALL | 215 S GLADES TRL | | | | PANAMA CITY | FL | 32407 | LBALL26@COMCAST.NET |
| RAYMOND AVER | COUNSEL TO SEARCHLIGHT FIN, C RAKNESS | | | | | | | ray@averlaw.com |
| RONDA ROGOVIN | 99 HIGHLAND RD | | | | SCARSDALE | NY | 10583 | rmichaelson@r3mlaw.com |
| SACKMANN LAW OFFICE | ATTN STEVEN H. SACKMANN | 455 E HEMLOCK ST | | | OTHELLA | WA | 99344 | Steve@sackmannlaw.com |
| STEINHILBER SWANSON LLP | ATTN: CLAIRE ANN RICHMAN ESQ. | 122 W. WASHINGTON AVE., STE 850 | | | MADISON | WI | 53703 | CRICHMAN@STEINHILBERSWANSON.COM |
| THE LAW OFFICE OF JAMES TOBIA, LLC | ATTN JAMES TOBIA | 1716 WAWASET ST | | | WILMINGTON | DE | 19806 | jtobia@tobialaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| THE LAW OFFICE OF JAMES TOBIA, LLC | ATTN JAMES TOBIA | 1716 WAWASET STREET | | | WILMINGTON | DE | 19806 | jtobia@tobialaw.com |
| THE ROSNER LAW GROUP LLC | ATTN SCOTT J. LEONHARDT | 824 MARKET ST., SUITE 810 | | | WILMINGTON | DE | 19801 | leonhardt@teamrosner.com |
| THE SARACHEK LAW FIRM | ATTN JONATHAN H. MILLER, ESQ | 101 PARK AVE, SUITE 2700 | | | NEW YORK | NY | 10178 | jon@sarachaklawfirm.com |
| WARDROP & WARDROP, PC | ATTN ROBERT F. WARDROP II | 300 OTTAWA AVE, SUITE 150 | | | GRAND RAPIDS | MI | 49503-2308 | Robb@wardroplaw.com |
| WERB & SULLIVAN | ATTN BRIAN A. SULLIVAN, ESQ. | 1225 KING STREET | | | WILMINGTON | DE | 19801 | bsullivan@werbsullivan.com |
| WINGET, SPADAFORA & SCHWARTZBERG LLP | ATTN: JOEL WERTMAN & DOUGLAS FOGLE | 1528 WALNUT ST., STE 1502 | | | PHILADELPHIA | PA | 19102 | Wertman.j@wssllp.com; Fogle.d@wssllp.com |