UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| Woodbridge Group of Companies, LLC | ) | Case No. 17-12560-BLS |
| | ) | |
| Debtor(s) | ) | Adv. Proc. No. 19-51022-BLS |
| | ) | |
| Michael Goldberg | ) | |
| | ) | MEDIATION STATUS REPORT |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| Searchlight Financial Advisors, LLC and Caroline Rakness | ) | |
| Defendant(s) | ) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated
___December 4, 2020___, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than
___March 11, 2021___ (*insert date*) for the following reason(s):

✔      A mediation session is scheduled to occur on
        ___March 11, 2021___.

_____      A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

_____      OTHER:


Dated: ___January 18, 2021___

_Leslie A. Berkoff_ (signature)
Signature of Mediator


Leslie A. Berkoff
Name of Mediator
400 Garden City Plaza
Mailing Address
Garden City, NY 11530
City, State, Zip Code
516-873-2000
Phone No.


cc:  Counsel of Record
     Pro Se Parties

(9-24-04)