**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Plaintiff,<br>vs.<br><br>SEARCHLIGHT FINANCIAL ADVISORS, LLC and CAROLINE RAKNESS,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 19-51022 (JKS)<br><br>**Ref. Docket No. 65** |

**<u>CERTIFICATE OF SERVICE</u>**

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 9, 2026, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding," dated September 9, 2026 [Docket No. 65], by causing a true and correct copy to be delivered via electronic mail to: *cgrakness@gmail.com.*

*<u>/s/ Benjamin Johnson</u>*
Benjamin Johnson

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.